# IN THE NINTH COURT OF APPEALS

09-15-00408-CV

State Farm Lloyds, Appellant
v.
Dennis Webb, Appellee

Appeal from the 58th District Court of Jefferson County, Texas
Trial Cause No. A-194,468

# MANDATE

**TO THE 58TH DISTRICT COURT OF JEFFERSON COUNTY, GREETINGS:**

Before our Court of Appeals, on May 4, 2017, the cause came upon appeal to revise or reverse your judgment was determined; and therein our said Court made its order in these words:

"THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part, reversed and rendered in part and remanded in part to the trial court. IT IS THEREFORE ORDERED, we affirm the jury's award of breach of contract damages in the amount of $15,000, in addition to prejudgment and postjudgment interest on that amount as stated in the final judgment. We reverse the jury's award of actual damages in the amount of $20,000 that resulted from State Farm Lloyds's alleged unfair settlement practices and the jury's award of additional damages in the amount of $60,000 that resulted from the finding that State Farm Lloyds knowingly engaged in unfair settlement practices, and render judgment that Dennis Webb take nothing as to those claims. We also reverse and remand for a new trial with respect to the attorney's fees recoverable on Dennis Webb's breach of contract claim. All costs of the appeal are assessed one-half (1/2) against the appellant and one-half (1/2) against the appellee. **AFFIRMED IN PART; REVERSED AND RENDERED IN PART; REVERSED AND REMANDED FOR NEW TRIAL IN PART**"

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things have it duly recognized, obeyed and executed.

BY ORDER OF THE NINTH COURT OF APPEALS, with the Seal thereof affixed, at the City of Beaumont, Texas, this April 2, 2018.



CAROL ANNE HARLEY
CLERK OF THE COURT